UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE HARTSFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00477-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 64 |

The request to vacate the portion of the order to show cause requiring the plaintiff's personal appearance on September 10, 2015 is denied.

**IT IS SO ORDERED.**

Dated: September 2, 2015

VINCE CHHABRIA
United States District Judge